# IN THE SUPREME COURT OF THE STATE OF NEVADA

NONA TOBIN,
Petitioner,
vs.
NEVADA COMMISSION ON JUDICIAL DISCIPLINE; ASSOCIATE GENERAL COUNSEL DOMINIKA J. BATTEN; THE OFFICE OF BAR COUNSEL OF THE STATE BAR OF NEVADA; ASSISTANT BAR COUNSEL PHILLIP J. PATTEE; THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE JESSICA K. PETERSON, DISTRICT JUDGE,
Respondents.

No. 84371

FILED

AUG 11 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DENYING PETITION

This original petition for writs of mandamus challenges letters of dismissal from the Nevada Commission on Judicial Discipline and the State Bar of Nevada. Having considered the petition and its supporting documentation, we are not persuaded that our extraordinary and discretionary intervention is warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004) (observing that the party seeking writ relief bears the burden of showing such relief is warranted); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 679, 818 P.2d 849, 851, 853 (1991) (recognizing that writ relief is an extraordinary remedy and

 
22-25205

that this court has sole discretion in determining whether to entertain a writ petition). We therefore

ORDER the petition DENIED.[1]

_____, C.J.
Parraguirre

_____, J.
Silver

_____, Sr.J.
Gibbons

cc: Hon. Jessica K. Peterson, District Judge
Nona Tobin
Nevada Commission on Judicial Discipline
State Bar of Nevada/Las Vegas
Eighth District Court Clerk

---

[1]The Honorable Mark Gibbons, Senior Justice, participated in the decision of this matter under a general order of assignment.